# MEMORANDUM DECISIONS

THE ALMORA. (Circuit Court of Appeals, Second Circuit. April 24, 1918.) No. 251. Appeal from the District Court of the United States for the Eastern District of New York. Libel by the Standard Oil Company, owner of the steamship Muskogee, against the steamship Almora, claimed by A. H. Torbjarnsen. From a decree dismissing the libel, libelant appeals. Affirmed. Kirlin, Woolsey & Hickox, of New York City (R. S. Erskine, of New York City, of counsel), for appellant. Harrington, Bigham & Englar, of New York City (T. Catesby Jones, of New York City, of counsel), for appellee. Before HOUGH, Circuit Judge, and LEARNED HAND and MAYER, District Judges.

PER CURIAM. Decree affirmed with costs.

The opinion of Van Vechten Veeder, District Judge, in the lower court, was as follows: The evidence leaves no doubt in my mind that the Almora was properly moored, and that no neglect of any reasonable precaution may be attributed to her. She broke loose in a hurricane, at a time when the wind reached a velocity of 75 miles an hour. It seems to me to be a clear case of inevitable accident. The libel is dismissed, without costs.

---

BALTIMORE & O. R. CO. v. LEA. (Circuit Court of Appeals, Fourth Circuit. July 23, 1918.) No. 1575. In Error to the District Court of the United States for the Southern District of West Virginia, at Huntington. W. R. Thompson, of Huntington, W. Va., for plaintiff in error. Meek & Renshaw, of Huntington, W. Va., for defendant in error.

PER CURIAM. Writ of error dismissed under rule 20 (233 Fed. xiii, 146 C. C. A. xiii) per agreement of attorneys.

---

BARBALATT et al. v. UNITED STATES. (Circuit Court of Appeals, Second Circuit. January 16, 1918.) No. 34. In Error to the District Court of the United States for the Southern District of New York. Criminal prosecution by the United States against Joseph Barbalatt and others for conspiracy to commit an offense against the United States and for fraudulently concealing property of Fox & Barbalatt, bankrupts, from their trustee in bankruptcy. Judgment of guilty as to Barbalatt and others of the defendants, and they bring error. Affirmed. Archibald Palmer, of New York City (Maurice S. Hyman, of New York City, of counsel), for plaintiffs in error. Francis G. Caffey, U. S. Atty., and E. Paul Yaselli, Asst. U. S. Atty., both of New York City. Before WARD and HOUGH, Circuit Judges, and LEARNED HAND, District Judge.

PER CURIAM. Judgment affirmed.

---

CHAPMAN v. MILLS & GIBB et al. (Circuit Court of Appeals, Second Circuit. February 13, 1918.) No. 52. Appeal from the District Court of the United States for the Southern District of New York. Bill for receiver by Henry W. Chapman against Mills & Gibb. From a decree allowing a claim (241 Fed. 715) the M. & G. Properties Company, Incorporated, appeals. Affirmed. Before WARD and ROGERS, Circuit Judges, and LEARNED HAND, District Judge.

PER CURIAM. Decree (241 Fed. 715) affirmed.